Action by James R. Stacy against Phillip M. Liddy and others. Judgment for plaintiff and defendants appeal. Affirmed.

Shunk & Rowe, McMillan & Dunlap, and Davis, Lyon & Gates, (Albert Gunderson, of counsel), for appellants.

Crawford & DeLand, for respondent.

CORSON, P. J. The facts in the above entitled cause are substantially the same as those in the case of Stacy v. Smith, 9 S. D. 137, 68 N. W. 198, and the case was submitted upon the same abstract and brief. It will therefore be governed by the decision in that case. Judgment of the circuit court and order denying a new trial affirmed.

FULLER, J., took no part in this decision.

---

## HAYES v. GLEASON et al.

(Opinion filed July 29, 1896.)

Appeal from circuit court, Sully county. Hon. LORING E. GAFFY, Judge.

Action by W. R. Hayes against Evangeline F. Gleason and others. Judgment for plaintiff and defendants appeal. Affirmed.

Shunk & Rowe, McMillan & Dunlap, and Davis, Lyon & Gates (Albert Gunderson, of counsel), for appellants.

Crawford & DeLand, for respondent.

CORSON, P. J. The facts in the above entitled cause are substantially the same as those in the case of Stacy v. Smith, 9 S. D. 137, 68 N. W. 198, and the case was submitted upon the same abstract and brief. It will therefore be governed by the decision in that case. Judgment of the circuit court and order denying a new trial affirmed.

FULLER, J., took no part in this decision.